# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

**PENNSYLVANIA**
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Cincinnati
Cleveland

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**NEW YORK**
Long Island
New York City
Westchester

Direct Dial: 212-376-6433
Email: mbjohnson@mdwcg.com

April 27, 2015

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   Peter J. Viamonte v. Chase Bank USA, N.A. et al.
      Civil Action No. 1:15-cv-02669-AJN
      Letter Motion for Extension of Time to Respond to Complaint

Dear Judge Nathan,

Pursuant to Rule 1D of Your Honor's Individual Rules of Practice, Defendant Midland Funding, LLC, respectfully requests an extension of time to file a responsive pleading to Plaintiff's Complaint up to and including May 26, 2015.

The original due date for responding to Plaintiff's Complaint is April 28, 2015. There have been no previous requests for an extension made by Midland Funding, LLC. The parties conferred and Plaintiff consents to the requested extension.

Very truly yours,

Matthew B. Johnson
Attorney for Midland Funding, LLC

Cc: All counsel of record (via ECF)