UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
PETER JOHN VIAMONTE,                :
                                    :
                    Plaintiffs,     :   No. 1:15-cv-02669 (AJN)
                                    :   ECF CASE
            v.                      :
                                    :   **NOTICE OF APPEARANCE**
CHASE BANK USA, N.A., et al.,       :
                                    :
                    Defendants.     :
                                    :
---------------------------------------------------- X

**PLEASE TAKE NOTICE** that Kristina M. Allen hereby enters her appearance as counsel for Defendant Capital One Bank (USA), N.A. in the captioned matter, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned.

Dated: April 27, 2015
       New York, New York

                                    **McGUIREWOODS LLP**

                            By:  **/s/ Kristina M. Allen**
                                 Kristina M. Allen, Esq.
                                 1345 Avenue of the Americas, 7th Floor
                                 New York, New York 10105
                                 Phone: (212) 548-2164
                                 Fax: (212) 715-6262
                                 kallen@mcguirewoods.com

                                 *Attorney for Defendant Capital One Bank
                                 (USA), N.A.*

66630791_1