UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
PETER JOHN VIAMONTE,                         :
                                             :
               Plaintiffs,    :   No. 1:15-cv-02669 (AJN)
                                             :   ECF CASE
      v.                                    :
                                             :   **NOTICE OF APPEARANCE**
CHASE BANK USA, N.A., et al.,                :
                                             :
               Defendants.    :
                                             :
------------------------------------------------------- X

     **PLEASE TAKE NOTICE** that Seth A. Schaeffer hereby enters his appearance as counsel for Defendant Capital One Bank (USA), N.A. in the captioned matter, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned.

Dated: April 27, 2015
      New York, New York

                    **McGUIREWOODS LLP**

            **By:**  **/s/ Seth A. Schaeffer**
                  Seth A. Schaeffer
                  One James Center
                  901 East Cary Street
                  Richmond, VA 23219-4030
                  804.775.1174 (Direct Line)
                  804.698.2167 (Direct Fax)
                  sschaeffer@mcguirewoods.com

                  *Attorney for Defendant Capital One Bank (USA), N.A.*