**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Kristina M. Allen
Direct: 212.548.2164

**McGUIREWOODS**

kallen@mcguirewoods.com
Fax: 212.715.6262

April 27, 2015

**Via ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> *Viamonte v. Chase Bank, N.A., et al.*, Civil Action No. 1:15-cv-02669-AJN
> **Letter Motion for Extension of Time to Respond to Complaint**

Dear Judge Nathan:

    Pursuant to Rule 1D of Your Honor's Individual Rules of Practice, Defendant Capital One Bank (USA), N.A., respectfully requests an extension of time to file a responsive pleading to Plaintiff's Complaint up to and including May 28, 2015.

    The original due date for responding to Plaintiff's Complaint is April 28, 2015. There have been no previous requests for an extension made by Capital One Bank (USA), N.A. The parties conferred and Plaintiff consents to the requested extension.

Very truly yours,

*s/ Kristina M. Allen*

Kristina M. Allen, Esq.
Attorney for Capital One Bank (USA), N.A.

Cc: All counsel of record (via ECF)

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington