UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
PETER JOHN VIAMONTE,                              :
                                                  :
               Plaintiffs,     :   No. 1:15-cv-02669 (AJN)
                                                  :   ECF CASE
        v.                                      :
                                                  :   **RULE 7.1 CORPORATE**
CHASE BANK USA, N.A., et al.,                     :   **DISCLOSURE STATEMENT**
                                                  :
               Defendants.    :
                                                  :
------------------------------------------------------- X

Pursuant to Rule 7.1, Defendant Capital One Bank (USA), N.A. ("COBUSANA") hereby discloses the following corporate interests:

1. COBUSANA is a national banking association organized under federal law.

2. Capital One Financial Corporation is the parent corporation of COBUSANA. The common stock of Capital One Financial Corporation is publicly traded.

3. Capital One Financial Corporation is the only entity that is publicly held. There are no other publicly-held companies owning 10% or more of COBUSANA.

Dated: April 27, 2015        Respectfully submitted:

                                     **McGuireWoods LLP**

                                     By: ___s/ Kristina M. Allen_____
                                           Kristina M. Allen, Esq.
                                           1345 Avenue of the Americas, 7th Floor
                                           New York, New York 10105
                                           Phone: (212) 548-2164
                                           Fax: (212) 715-6262
                                           kallen@mcguirewoods.com

Seth A. Schaeffer
One James Center
901 East Cary Street
Richmond, VA 23219-4030
804.775.1174 (Direct Line)
804.698.2167 (Direct FAX)
sschaeffer@mcguirewoods.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*