**WILMERHALE**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 27 2015
```

April 24, 2015

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

RE:   *Peter John Viamonte v. Chase Bank USA, N.A.*
       Civil Action No. 1:15-cv-02669-AJN
       Joint Letter-Motion for Extension of Time to Answer or File a Motion to Dismiss

Dear Judge Nathan,

In accordance with Rule 1D of Your Honor's Individual Practices, Defendant Chase Bank USA, N.A. respectfully submits this letter-motion requesting a thirty-day extension of time for Defendant to answer, move, or otherwise respond to the Complaint.  *So Ordered.*

The original due date for responding to Plaintiff's Complaint is April 28, 2015. There have been no previous requests for extension in this matter. The parties have conferred and Plaintiff consents to the requested extension.

Respectfully submitted,

s/ Alan E. Schoenfeld

*Attorney for Chase Bank USA, N.A.*

cc: All counsel of record (by ECF)

SO ORDERED    4/27/15

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington