McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Kristina M. Allen
Direct: 212.548.2164

kallen@mcguirewoods.com
Fax: 212.715.6262

# McGUIREWOODS

April 27, 2015

**Via ECF**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 27 2015

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

*Viamonte v. Chase Bank, N.A., et al.*, Civil Action No. 1:15-cv-02669-AJN
<u>Letter Motion for Extension of Time to Respond to Complaint</u>

Dear Judge Nathan:

*So ordered.*

Pursuant to Rule 1D of Your Honor's Individual Rules of Practice, Defendant Capital One Bank (USA), N.A., respectfully requests an extension of time to file a responsive pleading to Plaintiff's Complaint up to and including <u>May 28, 2015</u>.

The original due date for responding to Plaintiff's Complaint is April 28, 2015. There have been no previous requests for an extension made by Capital One Bank (USA), N.A. The parties conferred and Plaintiff consents to the requested extension.

Very truly yours,

*s/ Kristina M. Allen*

Kristina M. Allen, Esq.
Attorney for Capital One Bank (USA), N.A.

Cc: All counsel of record (via ECF)

SO ORDERED: 4/27/15

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Agence France Presse.

        Plaintiff,

–v–

Daniel Morel,

        Defendant and Counter-Claim Plaintiff.

-v-

Agence France Presse,

        Counter-Claim Defendant,

-v-

Getty Images, Inc.,

        Third Party Defendants.

10-cv-2730 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 23 2015

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED that Barbara Hoffman and plaintiff Daniel Morel show cause, in writing, as to why an order should not be entered:

1. Directing Defendants to pay the full amount of judgment, inclusive of post-judgment interest, running through April 30, 2015, which totals $1,222,205.45 directly into the Court as permitted by Local Rule 54.3; and

2. Directing the Clerk of Court to hold such moneys until further Order of the Court; and

3. Directing the Clerk of Court to docket a Satisfaction of Judgment pursuant to Local Rule 54.3, which also acknowledges that Defendants' duty to protect Ms.

1

Hoffman's charging lien has been met such that the lien is discharged as to Defendants; or, alternatively why an order should not be entered:

4. Staying, without bond, proceedings for execution upon both the $1,222,000 judgment and Ms. Hoffman's charging lien pending final resolution of Ms. Hoffman's lien, including appeals and any proceedings on remand.

Plaintiff Daniel Morel shall file his opposition papers by no later than May 1, 2015. Ms. Hoffman shall file her opposition papers by no later than May 20, 2015. Defendants AFP and Getty Images may file a reply by no later than May 22, 2015. Plaintiff Morel may also file a reply by May 22, 2015.

It is FURTHER ORDERED that Barbara Hoffman and Plaintiff Morel are hereby enjoined and restrained, pending a decision on the aforesaid application, from any execution on either the judgment in this case or the charging lien.

Finally, it is FURTHER ORDERED that Defendants AFP and Getty Images serve Ms. Hoffman with their moving papers by electronic mail by no later than 11:59pm on April 23, 2015. AFP and Getty Images must also mail hardcopy courtesy copies of the moving papers to Ms. Hoffman by no later than April 23, 2015.

SO ORDERED.

Dated: April 27, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2