UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 8 2015
```

Peter John Viamonte,

          Plaintiff,

–v–

Chase Bank USA, N.A., *et al.*,

          Defendants.

15-cv-2669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Four Defendants have filed motions to extend the time to respond to Plaintiff's complaint in this action. *See* Dkt. Nos. 19 (Experian Information Solutions, Inc.), 23 (Chase Bank USA, N.A.), 25 (Midland Funding, LLC), & 28 (Capital One Bank (USA), N.A.). Plaintiff consents to all of these requests. Accordingly, it is hereby ORDERED that the time for all Defendants to answer or otherwise respond to Plaintiff's complaint is extended up to and including May 28, 2015.

SO ORDERED.

Dated: April 28, 2015
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1