UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER JOHN VIAMONTE,

    Plaintiff,

v.

CHASE BANK USA, N.A., et al.,

    Defendant.

Case No. 1:15-cv-02669-AJN

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC submits the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Dated: April 28, 2015.

KING & SPALDING LLP

By: /s/*Gregory Schneider*
Gregory Schneider
KING & SPALDING, LLP
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2168
gschneider@kslaw.com

*Counsel for Defendant Equifax Information Services LLC*