UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER JOHN VIAMONTE,<br><br>           Plaintiff,<br><br>      v.<br><br>CHASE BANK USA, N.A.,<br>CAPITAL ONE BANK (USA), N.A.,<br>MIDLAND FUNDING LLC<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES LLC, and<br>TRANS UNION LLC,<br><br>           Defendants. | No. 15-cv-02669 (AJN)(KNF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Vanessa A. Nadal, who is admitted to practice in this Court, enters her appearance in this matter as counsel for Defendant Experian Information Solutions, Inc.

| | |
|---|---|
| Dated:  May 28, 2015<br>         New York, New York | Respectfully submitted,<br><br>*/s/ Vanessa A. Nadal*<br>Vanessa A. Nadal<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017-6702<br>Telephone: (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

      I, Vanessa A. Nadal, certify that on May 28, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

*/s/ Vanessa A. Nadal*
Vanessa A. Nadal