UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Peter John Viamonte

     Plaintiff,

  -against-

Chase Bank USA, N.A. et al

     Defendant.
--------------------------------------------------------

Case No. 1:15-cv-02669-AJN

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending   [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Sameer Singh Birring**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB1827 My State Bar Number is 5014725

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Fishman & Mallon, LLP
     FIRM ADDRESS: 305 Broadway, Suite 900
     FIRM TELEPHONE NUMBER: 212-897-5856
     FIRM FAX NUMBER: 212-897-5841

NEW FIRM: FIRM NAME: Mallon Consumer Law Group PLLC
     FIRM ADDRESS: 1 Liberty Plaza, 165 Broadway, Suite 2301
     FIRM TELEPHONE NUMBER: 646-759-3662
     FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/2/2015

_____
ATTORNEY'S SIGNATURE