UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| PETER JOHN VIAMONTE,<br>　　　　Plaintiff, | CASE NO. 1:15-cv-02669-AJN<br>ECF Case |
| vs. | |
| CHASE BANK USA, N.A.;<br>CAPITAL ONE BANK (USA), N.A.;<br>MIDLAND FUNDING LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES LLC;<br>and TRANS UNION, LLC;<br>　　　　Defendants. | ORDER GRANTING MOTION TO<br>WITHDRAW *PRO HAC VICE*<br>ADMISSION OF BREANNE J.<br>STRUBINGER |

This cause is before the Court on Motion to Withdraw *Pro Hac Vice* Admission of Breanne J. Strubinger. The Court, being duly advised, hereby GRANTS said Motion.

Breanne J. Strubinger's *pro hac vice* admission is hereby withdrawn.

IT IS SO ORDERED this __30__ day of __July__, 2015.

_____
JUDGE, U.S. District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 3 0 2015

DISTRIBUTION:

| Kevin C. Mallon, Esq. consumer.esq@outlook.com | Sameer Singh Birring, Esq. birring@fmlawoffices.net |
|---|---|
| Matthew B. Johnson, Esq. mbjohnson@mdwcg.com | |