

**SCHUCKIT & ASSOCIATES** PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 17 2015
```

August 14, 2015

<u>VIA ECF</u>

The Honorable Alison J. Nathan
    United States District Judge
United States District Court for the
    Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:   *Peter John Viamonte vs. Trans Union, LLC, et al.*
           U.S. District Court, Southern District of New York (Foley Square)
           Case No. 1:15-cv-02669-AJN

Dear Judge Nathan:

We represent Trans Union, LLC, in the above-referenced matter. We are lead counsel for Trans Union and have been admitted in the Southern District of New York for this matter. We respectfully request leave of Court to participate by telephone at the Initial Pretrial Conference currently scheduled for Friday, September 4, 2015, at 10:45 a.m. Eastern Time.

*So ordered.*

Good cause exists to grant Trans Union leave to appear by telephone as lead counsel will be required to travel from Indianapolis, Indiana to New York, New York and thus, Trans Union will incur significant travel costs and attorneys' fees for lead counsel to participate in the conference in person. We assure the Court that we can and will meaningfully participate by telephone at the Pretrial Conference in all respects.

                                  Sincerely,

                                  SCHUCKIT & ASSOCIATES, P.C.

                                  Katherine Carlton Robinson

SO ORDERED: 8/17/15

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: Kevin C. Mallon, Esq.
    Sameer Singh Birring, Esq.
    Alan Schoenfeld, Esq.
    Noah A. Levin, Esq.
    Kristina M. Allen, Esq.
    Seth A. Schaeffer, Esq.
    Matthew B. Johnson, Esq.
    Chris J. Lopata, Esq.
    Vanessa A. Nadal, Esq.
    Gregory L. Schneider, Esq.

(via ECF)