# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3602
cjlopata@jonesday.com

016637:cjl  
026123-057371

August 24, 2015

<u>BY ECF</u>

Hon. Alison J. Nathan  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2102  
New York, NY 10007

      Re:    *Peter John Viamonte v. Chase Bank USA, N.A., et al.*,  
            <u>Case No. 1:15-cv-02669-AJN (S.D.N.Y.)</u>

Dear Judge Nathan:

    Defendant Experian Information Solutions, Inc. ("Experian") requests permission to be excused from the Initial Pretrial Conference scheduled for September 4, 2015 at 10:45 a.m.

    The excusal is being sought because Experian and Plaintiff are in the process of finalizing paperwork to resolve this matter. Counsel for plaintiff consents to this request.

                                    Respectfully submitted,

                                    /s/ Chris J. Lopata

                                    Chris J. Lopata (CL-3260)

cc:    All counsel of record (by ECF)

NAI-1500502165v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS  
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES  
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH  
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON