

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

August 27, 2015

**<u>VIA ECF</u>**

The Honorable Alison J. Nathan
    United States District Judge
United States District Court for the
    Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

      **RE:**   *Peter John Viamonte vs. Trans Union, LLC, et al.*
             U.S. District Court, Southern District of New York (Foley Square)
             Case No. 1:15-cv-02669-AJN

Dear Judge Nathan:

    Defendant Trans Union, LLC ("Trans Union") requests permission to be excused from the Initial Pretrial Conference currently scheduled for Friday, September 4, 2015, at 10:45 a.m. Eastern Time.

    This excusal is being sought because Trans Union and Plaintiff have reached a settlement in this matter and are in the process of finalizing paperwork.  Counsel for Plaintiff consents to this request.

                                    Sincerely,

                                    SCHUCKIT & ASSOCIATES, P.C.

                                    *s/ Katherine Carlton Robinson*

                                    Katherine Carlton Robinson

cc:    All counsel of record

       (via ECF)