# MALLON CONSUMER LAW GROUP, PLLC
ATTORNEYS AT LAW

Kevin C. Mallonˆ

Sameer S. Birring°
Cristin Johnson

ˆ Also admitted in CA
° Also admitted in TX

One Liberty Plaza
165 Broadway, Suite 2301
New York NY 10006

Direct Dial: (646) 759-3663
consumer.esq@outlook.com
www.crediterrorlawyers.com

August 27, 2015

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2012
New York, NY 10007

    Re:   <u>Viamonte v. Chase Bank USA, NA</u>
           SDNY 15 CV 2669 (AJN)

Dear Judge Nathan,

    The plaintiff in the above-referenced matter requests an adjournment of the initial conference currently scheduled for September 4, 2015 at 10:45 a.m. There have been no prior requests for adjournment and all defendants have consented to plaintiff's request. The request is made because plaintiff has already settled his claim with three of the named defendants and is in negotiations with the remaining two defendants, and believes that with additional time there is a good chance the case will be resolved in its entirety without the need for an initial conference.

    The plaintiff proposes the following mutually agreeable alternate dates for the initial conference: September 18th, October 9th or October 23rd.

                                       Respectfully submitted,

                                       Kevin Mallon
                                       Counsel for Plaintiff Peter John Viamonte