

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter John Viamonte,

                Plaintiff,

   -v-

Chase Bank USA, N.A., *et al.*,

               Defendant.

15-cv-2669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Three defendants in this case, Experian Information Solutions, Inc., Capital One Bank (USA), N.A., and Trans Union, LLC, ("the settling Defendants") have reported to the court that they are in the process of finalizing paperwork with Plaintiff to settle the claims against them in this matter. It is therefore ORDERED that the settling Defendants be removed from the above-captioned action without costs to any party and without prejudice to rejoining those parties to the case if an application to rejoin some or all of the settling Defendants is made within thirty (30) days. The settling Defendants are hereby excused from participating in all scheduled conferences. Within this thirty-day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Additionally, Plaintiff has requested that the initial pre-trial conference be rescheduled to create enough time to reach a settlement with the remaining Defendants. All Defendants consent to this request. The IPTC is therefore rescheduled for September 18, 2015, at 10:45 am.

    SO ORDERED.

Dated: August 28, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge