WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

September 15, 2015

**BY ECF**

Hon. Alison J. Nathan
United States District Court for the
    Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *Viamonte v. Chase Bank USA, N.A.*, No. 15-cv-02669-AJN

Dear Judge Nathan:

This firm represents defendant Chase Bank USA, N.A. ("Chase").  Plaintiff and Chase have
reached an agreement to resolve this matter and are in the process of finalizing the necessary
paperwork.  The parties expect to file a stipulation of dismissal with prejudice within the next ten
days.

Chase accordingly requests permission to be excused from the Initial Pretrial Conference
currently scheduled for Friday, September 18 at 10:45 a.m. Eastern Time.  Counsel for Plaintiff
consents to this request.

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld


cc: counsel of record (via ECF)