UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter John Viamonte,

        Plaintiff,

—v—

Chase Bank USA, N.A., *et al.*,

        Defendant.

15-cv-2669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A pretrial conference in this case is scheduled for September 18, 2015, at 10:45 am. As per the court's individual rules, a joint letter and a proposed case management plan were due one week prior to the conference, on September 11, 2015. Individual Rules 2.B. No such documents have been submitted. The parties are therefore ordered to file a joint letter and proposed case management plan by September 17, 2015.

    SO ORDERED.

Dated: Sept. 16, 2015
New York, New York

ALISON J. NATHAN
United States District Judge

1