# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel:  +1 212 556 2100
Fax:  +1 212 556 2222
www.kslaw.com

Gregory Schneider
Associate
Direct Dial:  +1 212 556 2168
Direct Fax:  +1 212 556 2222
gschneider@kslaw.com

September 16, 2015

**BY ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Viamonte v. Chase Bank, USA, N.A., et al.,* No. 15-cv-02669-AJN

Dear Judge Nathan:

This firm represents defendant Equifax Information Services, LLC ("Equifax").  Equifax and Plaintiff have reached an agreement in this matter and are finalizing the required paperwork.  The parties hope to file a stipulation of dismissal within the next few weeks.

Equifax requests permission to be excused from the Initial Pretrial Conference scheduled for this Friday, September 18.  Counsel for Plaintiff consents to this letter.

Sincerely,

*/s/ Gregory Schneider*

Gregory Schneider

cc: counsel of record (via ECF)