
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PETER JOHN VIAMONTE,

        Plaintiff,

     -against-

CHASE BANK USA, N.A.;
CAPITAL ONE BANK (USA), N.A.;
MIDLAND FUNDING LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES
LLC; and TRANS UNION LLC,

        Defendants.

------------------------------------- x

Civ. Action No. 1:15-cv-02669-AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 7 2015

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Peter John Viamonte against Defendant Chase Bank USA, N.A. only shall be, and hereby are, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated  September 16, 2015

Respectfully submitted,

_____
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*For Defendant Chase Bank USA, N.A.*

_____
Kevin C. Mallon
Mallon Consumer Law Group PLLC
1 Liberty Plaza
165 Broadway, Suite 2301
New York, NY 10006
Tel: (646) 759-3663
consumer.esq@outlook.com

*For Plaintiff Peter John Viamonte*

1

SO ORDERED this 17th day of Sept., 2015

_____
Hon. Alison J. Nathan, U.S.D.J.