UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Peter John Viamonte,

                Plaintiff,

    -v-

Chase Bank USA, N.A., *et al.*,

                Defendant.

15-cv-2669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant Equifax Information Services, LLC ("Equifax"), reported to the court that it is in the process of finalizing paperwork with Plaintiff to settle the claims against it in this matter. It is therefore ORDERED that Equifax be removed from the above-captioned action without costs to any party and without prejudice to rejoining it to the case if an application to do so is made within thirty (30) days. Equifax is hereby excused from participating in all scheduled conferences. Within this thirty-day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order.

    SO ORDERED.

Dated: September 17, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge