# MALLON CONSUMER LAW GROUP, PLLC
ATTORNEYS AT LAW

Kevin C. Mallonˆ

Sameer S. Birring°
Cristin Johnson

ˆ Also admitted in CA
° Also admitted in TX

One Liberty Plaza
165 Broadway, Suite 2301
New York NY 10006

Direct Dial: (646) 759-3663
consumer.esq@outlook.com
www.crediterrorlawyers.com

September 17, 2015

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2012
New York, NY 10007

  Re: <u>Viamonte v. Chase Bank USA, NA</u>
    SDNY 15 CV 2669 (AJN)

Dear Judge Nathan,

  We represent the plaintiff in this matter, and write to notify the court that the plaintiff has reached a settlement in principal with the sole remaining defendant, Midland Funding LLC. (Equifax Information Services, LLC notified the Court of an agreement reached yesterday with the plaintiff). Accordingly, since the plaintiff has reached settlement in principal with each of the defendants in this action the parties jointly request that the initial conference scheduled for September 18, 2015 at 10:45 a.m. be removed from the Court's calendar. The parties expect to have their agreement finalized and the case dismissed within 30 days.

            Respectfully submitted,

            Kevin Mallon
            *Counsel for Plaintiff Peter John Viamonte*