USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 17 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter John Viamonte,

                Plaintiff,

-v-

Chase Bank, USA, N.A., *et al.*

                Defendant.

15-cv-2669 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It having been reported to this Court that this case has been settled, *see* Dkt. No. 59, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All scheduled conferences are hereby adjourned. Within this thirty-day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order.

    SO ORDERED.

Dated: Sept. 17, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge